# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**CHANNON DORIA BARROW**                                                  **PLAINTIFF**

**v.**                  **CASE NO. 2:10CV00140 BSM**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 27th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE